UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MCCARTHY,

          Plaintiff,

   v.

LAGUNITAS BREWING COMPANY,

          Defendant.

Case No.  24-cv-02641-SK

**ORDER OF CONDITIONAL DISMISSAL**

Regarding Docket No. 22

      Plaintiff filed a notice advising the Court that the parties in above captioned matter settled Plaintiff's individual claims and expect to file a stipulation of dismissal within sixty days.  In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar.  If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

      **IT IS SO ORDERED**.

Dated: September 23, 2024

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California